# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA,**

**v.**                                        **CASE NO. 5:89-cr-00029-JHM**

**ROBERT HARRIS,**

      Defendant**.**

_____/

# O R D E R

Before the Court is Defendant's Motion entitled "Motion to Recall Judgment" (Dkt. 188). Defendant, who is proceeding *pro se*, is seeking the Court to "recall it's [sic] March 2, 1990 judgement [sic] declaring the movant [Defendant] as a [sic] organizer or leader in the instant case." Id. at 1. Defendant contends section 3B1.1(c) of the Federal Sentencing Guidelines provides for an enhancement of a sentence if a defendant is found to be a leader, manager, organizer, or supervisor of others in connection with the offense. Defendant asserts he is only a "wholesaler" and that his sentence should not have been enhanced pursuant to section 3B1.1(c).

Even assuming such a motion to be proper, the Court finds the Defendant's arguments to be without basis. Accordingly, after due consideration, it is hereby

**ORDERED:**

1.      Defendant's Motion to Recall Judgment (Dkt. 188) is **DENIED.**

      **DONE AND ORDERED** at Jacksonville, Florida this __18__ day of October, 2005.

Copies to:

Counsel of Record

Defendant

JOHN H. MOORE II
United States District Judge