**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA,**

**v.**                                                    **CASE NO. 5:89-cr-29-Oc-16**

**ROBERT HARRIS**

—————————————————— /

### ORDER REGARDING SENTENCE REDUCTION
### PURSUANT TO 18 U.S.C § 3582(C)(2)

Before the Court is Defendant's Motion (Dkt #211) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u). Having considered the responses of the Government and the Defendant (Dkt #222 and 223) and all the factors in 18 U.S.C. §3553(a), it is therefore

**ORDERED** that

1.      The Motion is **GRANTED** and the Defendant's previously imposed sentence (as reflected in the last judgment issued December 23, 1989 of forty (40) years **is reduced to 324 months**, or time-served, whichever is greater.  See USSG § 1B1.10(b)(2)(C).  The consecutive sentence of five years on Count 5 remains unchanged.

### a. COURT DETERMINATION OF GUIDELINES RANGE

| | | | |
|---|---|---|---|
| Previous Offense Level | 40 | Amended Offense Level | 38 |
| Criminal History Category | IV | Criminal History Category | IV |
| Previous Guideline Range | 360 months -Life | Amended Guideline Range | 324-405 months |

b.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

The reduced sentence is within the amended guideline range.

2.     Except as provided above, all provisions of the previously entered judgment shall remain in effect.

3.     Defendant shall not be released sooner than ten (10) calendar days after the entry of this Order.  This delay will ensure that the Bureau of Prisons has sufficient time to (a) review Defendant for possible civil commitment as a sexually dangerous person, as required by 18 U.S.C. § 4248; (b) notify victims and witnesses of the release of Defendant as required by 18 U.S.C. § 3771; (c) notify law enforcement officials and sex offender registration officials of the release of any defendant who is a violent sex offender, as is required by 18 U.S.C. § 4042(b)-(c); (d) collect DNA samples from Defendant, as required by 42 U.S.C. § 1413a; and (e) to the extent possible, establish a release plan for the Defendant.

**DONE AND ORDERED**, in Chambers in Jacksonville, Florida, this  13th   day of August, 2008.

JOHN H. MOORE II
United States District Judge

Copies to:      Federal Public Defender - Glober          United Stated Marshal's Service
                United States Attorney - Cakmis          Bureau of Prisons
                United States Probation                  Defendant